# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank,<br><br>                                 Plaintiff,<br><br>v.<br><br>Vossco Inc., an Illinois corporation; Mark Voss a/k/a Mark W. Voss; Julie Voss a/k/a Julie A. Voss,<br><br>                                 Defendants. | Case No. 14 cv 3583<br><br>Assigned Judge: Charles R. Norgle, Sr.<br><br>Magistrate Judge: Susan E. Cox<br><br>Property Address: 904 S. 4th St. DeKalb, Illinois 60115 |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Vossco Inc., an Illinois corporation; Mark Voss a/k/a Mark W. Voss; Julie Voss a/k/a Julie A. Voss, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                                          PNC Bank, National Association, successor in interest by merger to National City Bank

                                                          By: /s/ Jennifer E. Frick
                                                                    One of Its Attorneys

James M. Crowley (ARDC #6182597)
Jennifer E. Frick (ARDC#6299794)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
jfrick@crowleylamb.com